# EXHIBIT A

# 02329    WTG\amb    5/1/2013                                                    2013N-0001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ROBERT D. NELSON, Personal
Representative of the Estate of DEREK
BOOGAARD, Deceased,

                Plaintiff,

         v.                    No.

NATIONAL HOCKEY LEAGUE,       **PLAINTIFF DEMANDS TRIAL BY JURY**
NATIONAL HOCKEY LEAGUE BOARD
OF GOVERNORS, and COMMISSIONER
GARY B. BETTMAN, (collectively, "NHL"),

                Defendants.

## COMPLAINT AT LAW

Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK

BOOGAARD, Deceased, by and through his attorneys, CORBOY & DEMETRIO, P.C.,

complaining of Defendant, NHL, states:

### Introduction

1.      On May 13, 2011, NHL player DEREK BOOGAARD, age 28, was found dead.

The cause of DEREK BOOGAARD's death was an accidental overdose of prescription pain

medications.

2.      From 2005 until the time of his death, DEREK BOOGAARD, six-feet seven-

inches (6'7'') and approximately 270 pounds, played in the NHL as an Enforcer/Fighter (i.e., a

player that engages in fist-fights with players from the opposing team, on the ice, during a game)

for the Minnesota Wild and the New York Rangers, playing in two-hundred-seventy-seven (277)

regular season games.  In his six-season career, DEREK BOOGAARD scored only three (3)

goals.

3.     As an NHL Enforcer/Fighter, DEREK BOOGAARD participated in at least sixty-six (66) on-ice fights.

4.     During these NHL games and fights, DEREK BOOGAARD sustained numerous painful physical injuries.

5.     Due to the injuries sustained in NHL fights, DEREK BOOGAARD was provided copious amounts of prescription pain medications, sleeping pills, and painkiller injections by NHL team's physicians, dentists, trainers, and staff.

6.     To wit, during the 2008-2009 hockey season, DEREK BOOGAARD received prescriptions from NHL team physicians, dentists, trainers, and staff totaling one-thousand-twenty-one (1,021) pills.

7.     At the conclusion of the 2008-2009 season, DEREK BOOGAARD underwent two (2) surgeries, performed a week apart.

8.     In the sixteen (16) days subsequent to these surgeries, DEREK BOOGAARD was prescribed one-hundred-fifty (150) pills of Oxycodone by NHL team physicians.

9.     Under the Controlled Substances Act, Oxycodone (i.e., OxyContin, Percocet, etc.) is a Schedule II controlled substance because it "has a high potential for abuse," and because use of the drug "may lead to severe psychological or physical dependence."

10.     Due to his ingestion of an inordinate amount of pain medications prescribed by NHL team physicians, DEREK BOOGAARD became addicted to opioids.[1]

---

[1] Opioids are morphine-like synthetic narcotics such as Oxycodone and Hydrocodone that have opiate-like activities. Common Opioids on the market include Oxycodone, Vicodin, and Percocet.

11.     Once addicted, DEREK BOOGAARD was abusing the pain medications and sleeping pills.

12.     DEREK BOOGAARD's family notified the NHL of the prescription medication drug abuse and, as a result, DEREK BOOGAARD was placed into the NHL's Substance Abuse and Behavioral Health Program ("SABH Program").

13.     On September 23, 2009, the SABH Program checked DEREK BOOGAARD into "The Canyon" rehabilitation facility in California for in-patient treatment of his developed opioid and sleeping pill addiction.

14.     Prior to his release from "The Canyon," the NHL mandated that DEREK BOOGAARD participate in an "Aftercare Program" and promised to monitor him and discipline him, if necessary, to prevent further drug abuse.

15.     On July 7, 2010, DEREK BOOGAARD signed a four year contract with the New York Rangers NHL franchise.

16.     While with the Rangers, on December 9, 2010, DEREK BOOGAARD was in an on-ice fight and sustained a cerebral concussion and resulting Post-Concussive Syndrome with persistent symptoms.

17.     DEREK BOOGAARD never played in another NHL game.

18.     Prior to this injury, the NHL knew DEREK BOOGAARD had relapsed and was again abusing pain pills. The NHL did not discipline him in any way.

19.     On April 4, 2011, DEREK BOOGAARD was so impaired at a New York Rangers practice that he could not stay up on his skates and fell numerous times.

20.     On April 5, 2011, at the direction of the NHL's SABH Program, DEREK

3

BOOGAARD was checked into the Authentic Rehabilitation Center ("ARC") in California for treatment of opioid addiction.

21.     At ARC, the program therapists noted that DEREK BOOGAARD was "largely non-participatory in treatment," "resistant to treatment protocols," "indifferent in therapy sessions," and "views treatment episode as something he must do to comply with NHL."

22.     At the time, the NHL knew, or should have known, that DEREK BOOGAARD, a known drug addict, with probable brain damage due to concussive brain traumas sustained in NHL fights, was not complying with treatment at ARC.

23.     Despite the NHL's knowledge of DEREK BOOGAARD's drug addition, on two occasions, the NHL released DEREK BOOGAARD from his treatment facility for a trip without a chaperone.

24.     On the first night of his second release from treatment, in Minnesota, DEREK BOOGAARD ingested a Percocet and, shortly thereafter, phoned a member of the SABH Program and exchanged seven (7) text messages with this individual.

25.     The next day, on May 13, 2011, DEREK BOOGAARD was found dead.

26.     Post-mortem, neuro-pathological review of DEREK BOOGAARD's brain by Boston University School of Medicine, Center for the Study of Traumatic Encephalopathy, revealed that DEREK BOOGAARD had Stage II Chronic Traumatic Encephalopathy ("CTE") as a result of repeated blows to the head during his hockey career.

27.     CTE caused progressive deterioration in DEREK BOOGAARD's brain, specifically, in the areas of the brain that control judgment, inhibition, mood, behavior and impulse control. The cumulative effect of DEREK BOOGAARD's concussive and sub-

4

concussive brain traumas from fighting as an Enforcer/Fighter in the NHL and/or returning to play and fight while recovering from these brain traumas caused, or contributed to exacerbate, the neuro-degenerative disease, CTE, to develop in his brain.

### The NHL/NHLPA Collective Bargaining Agreements

28.     During DEREK BOOGAARD's six seasons in the NHL, the league was operating under the 2005 Collective Bargaining Agreement, negotiated between the NHL and the NHLPA.

29.     The 2005 Collective Bargaining Agreement does not address the NHL's duties or responsibilities to its players in administering controlled substances.

30.     The 2005 Collective Bargaining Agreement does not address procedures for administering controlled substances to its players.

31.     The 2005 Collective Bargaining Agreement does not address the NHL's duties or responsibilities to its players pursuant to the SABH Program.

32.     The 2005 Collective Bargaining Agreement does not address the NHL's duties or responsibilities to keep its Enforcers/Fighters safe.

33.     The 2005 Collective Bargaining Agreement does not address the NHL's duties or responsibilities to its players to monitor their general health.

34.     LEN BOOGAARD, JOANNE BOOGAARD, and the next-of-kin of DEREK BOOGAARD, are not signatories to any NHL/NHLPA Collective Bargaining Agreement.

35.     None of the claims by DEREK BOOGAARD's heirs are governed by the terms of the 2005 Collective Bargaining Agreement.

### The Parties

36.     Defendant, NATIONAL HOCKEY LEAGUE, is an unincorporated association

5

headquartered at 1185 Avenue of the Americas, New York, New York 10036. The NHL operates a professional ice hockey league, consisting of thirty franchised member clubs.

37.     The NHL, as an unincorporated association of member teams, is a resident of each state in which its members are residents, including Minnesota and Illinois.

38.     The NHL operates a franchise, the Minnesota Wild, located at 175 Kellogg Boulevard West, St. Paul, Minnesota 55102.

39.     The NHL operates a franchise, the Chicago Blackhawks, located at 1901 West Madison Street, Chicago, Cook County, Illinois 60612, where DEREK BOOGAARD played multiple games and engaged in on-ice fights during his NHL career.

40.     The NHL conducts continuous and systematic business within the State of Illinois.

41.     The Defendant, NHL Board of Governors, and Defendant, NHL Commissioner, meet regularly to determine issues of player safety and the care the players receive when in the NHL.

42.     ROBERT D. NELSON is a resident of Minneapolis, Minnesota. He was appointed by the State of Minnesota, Fourth Judicial Circuit Court as Personal Representative of the Estate of DEREK BOOGAARD and represents DEREK BOOGAARD's surviving heirs and next of kin: Len Boogaard, father; Joanne Boogaard, mother; Curtis Heide, brother; Ryan Boogaard, brother; Aaron Boogaard, brother; and Krysten Boogaard, sister.

**COUNT I**
**The NHL's Failure to Prevent Over-Prescription of Addictive**
**Medications to Derek Boogaard Caused Pain and Suffering and Loss of a Normal Life**

Plaintiff re-alleges paragraphs 1 - 42 above and incorporates each allegation herein.

43.     During DEREK BOOGAARD's NHL playing career, he sustained dozens of

injuries, including concussive and sub-concussive brain traumas, broken noses, torn shoulder tissue, facial lacerations, contusions, muscle strains, herniated disks, and teeth fractures in NHL fights.

44.    During DEREK BOOGAARD's playing career, NHL team physicians, dentists, trainers, and staff provided treatment for these injuries.

45.    During DEREK BOOGAARD's playing career, he received thousands of prescription medications from NHL team's physicians, dentists, trainers, and staff.

46.    Often, DEREK BOOGAARD received prescriptions for controlled substances from NHL team physicians, dentists, trainers, and staff with no medical records in support of the prescriptions.

47.    Prior to and during DEREK BOOGAARD's career, the NHL knew, or should have known, the high rate of injuries resulting from playing professional hockey.

48.    Prior to and during DEREK BOOGAARD's career, the NHL knew, or should have known, the higher rate of injuries sustained by Enforcers/Fighters in the NHL.

49.    Prior to and during DEREK BOOGAARD's career, the NHL knew, or should have known, that the Enforcers/Fighters in the NHL had an increased risk of brain damage due to concussive and sub-concussive brain trauma and were particularly susceptible to addiction issues.

50.    Prior to and during DEREK BOOGAARD's NHL career, the NHL knew, or should have known, that the Enforcers/Fighters in the NHL had an increased risk of developing addiction to prescription pain medications.

51.    The NHL knew, or should have known, that NHL team physicians, dentists,

7

trainers, and staff were prescribing controlled substances, including Oxycodone, to DEREK
BOOGAARD.

52.     The NHL knew, or should have known, the harmful effects of administering these
controlled substances.

53.     The NHL never discussed the risks associated with ingesting large quantities of
controlled substances with DEREK BOOGAARD before administering the prescriptions.

54.     During DEREK BOOGAARD's 2008-2009 season with the Minnesota Wild, he
was prescribed over forty prescriptions by Minnesota Wild team physicians, dentists, trainers,
and staff, totaling one-thousand-twenty-one (1,021) pills.

55.     On October 16, 2008, DEREK BOOGAARD sustained a tooth fracture due to a
punch in the mouth in an NHL fight. In the months that followed this injury, DEREK
BOOGAARD was prescribed over four-hundred-thirty-two (432) pain pills (Hydrocodone a/k/a
Vicodin) by Minnesota Wild and San Jose Sharks teams' physicians and dentists, documented as
follows:

| # | Date | Drug/Medication | Quantity/ Dosage | Physician | Injury? |
|---|------|-----------------|------------------|-----------|---------|
| 1 | 10-20-2008 | Hydrocodone/APAP | 15 (750mg) | Dr. Edlund | Tooth Injury |
| 2 | 10-23-2008 | Vicodin | 5 (500mg) | Dr. S. Burns | Tooth Injury |
| 3 | 10-24-2008 | Hydrocodone/APAP | 15 (750mg) | Dr. Edlund | Tooth Injury |
| 4 | 11-02-2008 | Hydrocodone/APAP | 40 (500mg) | Dr. Ting | None noted |
| 5 | 11-11-2008 | Vicodin | 30** | Woodbury | Tooth Injury |

8

| 6 | 11-11-2008 | Hydrocodone/APAP | 30 (500mg) | Dr. Stacy | Tooth Injury |
| 7 | 11-16-2008 | Hydrocodone/APAP | 30 (500mg) | Dr. Pelke | Tooth Injury |
| 8 | 11-21-2008 | Hydrocodone/APAP | 30 (750mg) | Dr. Nanne | None noted |
| 9 | 12-04-2008 | Hydrocodone/APAP | 30 (750mg) | Dr. S. Burns | None noted |
| 10 | 12-18-2008 | Hydrocodone/APAP | 30 (750mg) | Dr. Peterson | None noted |
| 11 | 12-28-2008 | Hydrocodone/APAP | 20 (500mg) | Dr. S. Burns | None noted |
| 12 | 01-01-2009 | Hydrocodone/APAP | 30 (750mg) | Dr. Peterson | None noted |
| 13 | 01-14-2009 | Vicodin | 5 (75mg) | Dr. J. Boyd | Lliopsoas Strain |
| 14 | 01-25-2009 | Hydrocodone/APAP | 30 (500mg) | Dr. Peterson | None noted |
| 15 | 01-31-2009 | Vicodin | 6 (75mg) | Dr. J. Boyd | Cervical Strain |
| 16 | 02-19-2009 | Hydrocodone/APAP | 20 (750mg) | Dr. Peterson | None noted |
| 17 | 03-10-2009 | Hydrocodone/APAP | 30 (750mg) | Dr. S. Burns | None noted |
| 18 | 03-22-2009 | Hydrocodone/APAP | 6 (750mg) | Dr. Nelson | SLAP Lesion |
| 19 | 04-04-2009 | Hydrocodone/APAP | 30 (750mg) | Dr. S. Burns | None noted |

56.     Hydrocodone can be habit-forming, causing physical and psychological dependence. Its abuse liability is similar to morphine, but less than Oxycodone.

57.     On April 14, 2009, DEREK BOOGAARD underwent nasal surgery and was

9

prescribed forty (40) pills of Oxycodone post-operatively.

58.     On April 21, 2009, DEREK BOOGAARD underwent right shoulder surgery and was discharged on Percocet (i.e., Oxycodone/paracetamol) of an unknown quantity.

59.     The NHL knew, or should have known, that under the Controlled Substances Act, Oxycodone is a Schedule II controlled substance because it "has a high potential for abuse," and because use of the drug "may lead to severe psychological or physical dependence."

60.     The NHL knew, or should have known, of the high risk of developing addiction to controlled substances, including Oxycodone.

61.     From April 14, 2009 to April 30, 2009, DEREK BOOGAARD was prescribed one-hundred-fifty (150) pills of Oxycodone and/or Percocet and forty (40) pills of Hydrocodone, documented as follows:

| # | Date | Drug/Medication | Quantity/Dosage | Physician |
|---|------|-----------------|-----------------|-----------|
| 1 | 04-14-2009 | Oxycodone/APAP | 40 | Dr. Hamlar |
| 2 | 04-21-2009 | Oxycodone/APAP | 40 (325mg) | Dr. Nelson |
| 3 | 04-24-2009 | Oxycodone/APAP | 30 (325mg) | Dr. Peterson |
| 4 | 04-27-2009 | Hydrocodone/APAP | 40 (500mg) | Dr. Nelson |
| 5 | 04-30-2009 | Oxycodone/APAP | 40 (325mg) | Dr. Nelson |

62.     DEREK BOOGAARD became addicted to these pain pills, often ingesting up to ten (10) per day.

63.     During the off-season, DEREK BOOGAARD purchased and was provided Oxycodone off-market from multiple sources.

64.     In September, 2009, DEREK BOOGAARD was checked into "The Canyon"

10

rehabilitation facility in California for in-patient treatment for opioid addiction.

65.     As part of DEREK BOOGAARD's NHL-mandated "Aftercare Program" upon
discharge from The Canyon, DEREK BOOGAARD was to refrain from all opioid and Ambien
drug use and submit to random drug testing.

66.     The NHL knew that DEREK BOOGAARD was addicted to prescription pain
medications and prone to relapse.

67.     Despite this knowledge, during DEREK BOOGAARD's 2010-2011 season with
the New York Rangers, he was prescribed over seventeen (17) prescriptions for prescription pain
medication and other controlled substances by NHL team's physicians, dentists, trainers, and
staff, totaling three-hundred-sixty-six (366) pills, documented as follows:

| Date | Drug/Medication | Physician | Dosage | Injury? |
|------|-----------------|-----------|--------|---------|
| 10-26-2010 | Hydrocodone/APAP | Dr. Esposito | 20 (750mg) | Tooth Injury |
| 11-10-2010 | Hydrocodone/APAP | Dr. Esposito | 10 (750mg) | Tooth Injury |
| 11-13-2010 | Hydrocodone/APAP | Dr. Esposito | 10 (750mg) | Tooth Injury |
| 11-16-2010 | Hydrocodone/APAP | Dr. Esposito | 40 (325mg) | Tooth Injury |
| 12-04-2010 | Hydrocodone/APAP | Dr. Esposito | 12 (750mg) | None noted |
| 12-24-2010 | Zolpidem ER | Dr. Peterson | 30 (12.5mg) | None noted |
| 01-06-2011 | Ambien CR | Dr. Weissman | 5 (10mg) | None noted |
| 01-10-2011 | Ambien CR | Dr. Weissman | 14 (12.5mg) | None noted |
| 01-18-2011 | Zolpidem ER | Dr. Macaluso | 30 (12.5mg) | Concussion |
| 01-25-2011 | Ambien CR | Dr. Weissman | 10 (12.5mg) | None noted |

11

| 02-02-2011 | Zolpidem ER | Dr. Peterson | 30 (12.5mg) | None noted |
|---|---|---|---|---|
| 02-11-2011 | Zolpidem ER | Dr. Weissman | 5 (12.5mg) | None noted |
| 02-13-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 02-27-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 03-04-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 03-24-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 04-08-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |

68.     The NHL owed a duty to DEREK BOOGAARD to keep him reasonably safe during his NHL career and to refrain from causing an addiction to controlled substances.

69.     The NHL breached its duty to DEREK BOOGAARD by:

a.      Failing to warn DEREK BOOGAARD of the increased risk of substance abuse due to his role as Enforcer/Fighter;

b.      Failing to monitor DEREK BOOGAARD's prescriptions to prevent substance abuse;

c.      Failing to establish proper procedures for administering prescription pain medication to DEREK BOOGAARD from NHL affiliated team physicians, dentists, trainers and staff;

d.      Failing to establish proper procedures for maintaining DEREK BOOGAARD's medical records and sharing those records with NHL affiliated team physicians, dentists, trainers and staff;

e.      Failing to implement or improve prescription drug monitoring programs ("PDMPs"), which are electronic databases that track all prescriptions for painkillers in the League;

   f.  Failing to utilize PDMP and/or insurance plan data to identify multiple, duplicative prescriptions for painkillers;

   g.  Failing to set up program plans that identify and address improper player use of painkillers; and

   h.  Failing to set up prescription claims review programs to identify and address multiple, duplicative prescriptions and use of painkillers.

70. As a proximate result of one or more of the foregoing negligent acts or omissions, DEREK BOOGAARD suffered personal and pecuniary injuries in the form of addiction, which caused conscious pain and suffering and loss of a normal life, prior to his death on May 13, 2011; had he survived, he would have been entitled to bring an action for personal and pecuniary damages, and such action has survived him.

71. Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased, brings this Survival Action, pursuant to 755 ILCS 5/27-6, commonly known as the Survival Act of the State of Illinois.

WHEREFORE, Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, demands judgment against defendant, NHL, for a sum in excess of the minimum jurisdictional limit for the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT II
### The NHL's Failure to Prevent Over-Prescription of Addictive Medications to Derek Boogaard Caused Wrongful Death

Plaintiff re-alleges paragraphs 1 - 42 above and incorporate each allegation herein.

72. During DEREK BOOGAARD's NHL playing career, he sustained dozens of injuries, including concussive and sub-concussive brain traumas, broken noses, torn shoulder tissue, facial lacerations, contusions, muscle strains, herniated disks, and teeth fractures in NHL

13

fights.

73.     During DEREK BOOGAARD's playing career, NHL team physicians, dentists, trainers, and staff provided treatment for these injuries.

74.     During DEREK BOOGAARD's playing career, he received thousands of prescription medications from NHL team's physicians, dentists, trainers, and staff.

75.     Often, DEREK BOOGAARD received prescriptions for controlled substances from NHL team physicians, dentists, trainers, and staff with no medical records in support of the prescription.

76.     Prior to and during DEREK BOOGAARD's career, the NHL knew, or should have known, the high rate of injuries resulting from playing professional hockey.

77.     Prior to and during DEREK BOOGAARD's career, the NHL knew, or should have known, the higher rate of injuries sustained by Enforcers/Fighters in the NHL.

78.     Prior to and during DEREK BOOGAARD's career, the NHL knew, or should have known, that the Enforcers/Fighters in the NHL had an increased risk of brain damage due to concussive and sub-concussive brain trauma and were particularly susceptible to addiction issues.

79.     Prior to and during DEREK BOOGAARD's NHL career, the NHL knew, or should have known, that the Enforcers/Fighters in the NHL had an increased risk of developing addiction to prescription pain medications.

80.     The NHL knew, or should have known, that NHL team physicians, dentists, trainers, and staff were prescribing controlled substances, including Oxycodone, to DEREK BOOGAARD.

81.     The NHL knew, or should have known, the harmful effects of administering these controlled substances.

82.     The NHL never discussed the risks associated with ingesting large quantities of controlled substances with DEREK BOOGAARD before administering the prescriptions.

83.     During DEREK BOOGAARD's 2008-2009 season with the Minnesota Wild, he was prescribed over forty prescriptions by Minnesota Wild team physicians, dentists, trainers, and staff, totaling one-thousand-twenty-one (1,021) pills.

84.     On October 16, 2008, DEREK BOOGAARD sustained a tooth fracture due to a punch in the mouth in an NHL fight. In the months that followed this injury, DEREK BOOGAARD was prescribed over four-hundred-thirty-two (432) pain pills (Hydrocodone a/k/a Vicodin) by Minnesota Wild and San Jose Sharks teams' physicians and dentists.

| #  | Date       | Drug/Medication  | Quantity/ Dosage | Physician    | Injury?      |
|----|------------|------------------|------------------|--------------|--------------|
| 1  | 10-20-2008 | Hydrocodone/APAP | 15 (750mg)       | Dr. Edlund   | Tooth Injury |
| 2  | 10-23-2008 | Vicodin          | 5 (500mg)        | Dr. S. Burns | Tooth Injury |
| 3  | 10-24-2008 | Hydrocodone/APAP | 15 (750mg)       | Dr. Edlund   | Tooth Injury |
| 4  | 11-02-2008 | Hydrocodone/APAP | 40 (500mg)       | Dr. Ting     | None noted   |
| 5  | 11-11-2008 | Vicodin          | 30**             | Woodbury     | Tooth Injury |
| 6  | 11-11-2008 | Hydrocodone/APAP | 30 (500mg)       | Dr. Stacy    | Tooth Injury |
| 7  | 11-16-2008 | Hydrocodone/APAP | 30 (500mg)       | Dr. Pelke    | Tooth Injury |

| 8 | 11-21-2008 | Hydrocodone/APAP | 30 (750mg) | Dr. Nanne | None noted |
| 9 | 12-04-2008 | Hydrocodone/APAP | 30 (750mg) | Dr. S. Burns | None noted |
| 10 | 12-18-2008 | Hydrocodone/APAP | 30 (750mg) | Dr. Peterson | None noted |
| 11 | 12-28-2008 | Hydrocodone/APAP | 20 (500mg) | Dr. S. Burns | None noted |
| 12 | 01-01-2009 | Hydrocodone/APAP | 30 (750mg) | Dr. Peterson | None noted |
| 13 | 01-14-2009 | Vicodin | 5 (75mg) | Dr. J. Boyd | Lliopsoas Strain |
| 14 | 01-25-2009 | Hydrocodone/APAP | 30 (500mg) | Dr. Peterson | None noted |
| 15 | 01-31-2009 | Vicodin | 6 (75mg) | Dr. J. Boyd | Cervical Strain |
| 16 | 02-19-2009 | Hydrocodone/APAP | 20 (750mg) | Dr. Peterson | None noted |
| 17 | 03-10-2009 | Hydrocodone/APAP | 30 (750mg) | Dr. S. Burns | None noted |
| 18 | 03-22-2009 | Hydrocodone/APAP | 6 (750mg) | Dr. Nelson | SLAP Lesion |
| 19 | 04-04-2009 | Hydrocodone/APAP | 30 (750mg) | Dr. S. Burns | None noted |

85.     Hydrocodone can be habit-forming, causing physical and psychological dependence. Its abuse liability is similar to morphine, but less than Oxycodone.

86.     On April 14, 2009, DEREK BOOGAARD underwent nasal surgery and was prescribed forty (40) pills of Oxycodone post-operatively.

87.     On April 21, 2009, DEREK BOOGAARD underwent right shoulder surgery and

16

was discharged on Percocet (i.e., Oxycodone/paracetamol) of an unknown quantity.

88.    The NHL knew, or should have known, that under the Controlled Substances Act, Oxycodone is a Schedule II controlled substance because it "has a high potential for abuse," and because use of the drug "may lead to severe psychological or physical dependence."

89.    The NHL knew, or should have known, of the high risk of developing addiction to controlled substances, including Oxycodone.

90.    From April 14, 2009 to April 30, 2009, DEREK BOOGAARD was prescribed one-hundred-fifty (150) pills of Oxycodone and/or Percocet and forty (40) pills of Hydrocodone:

| # | Date | Drug/Medication | Quantity/ Dosage | Physician |
|---|------|-----------------|------------------|-----------|
| 1 | 04-14-2009 | Oxycodone/APAP | 40 | Dr. Hamlar |
| 2 | 04-21-2009 | Oxycodone/APAP | 40 (325mg) | Dr. Nelson |
| 3 | 04-24-2009 | Oxycodone/APAP | 30 (325mg) | Dr. Peterson |
| 4 | 04-27-2009 | Hydrocodone/APAP | 40 (500mg) | Dr. Nelson |
| 5 | 04-30-2009 | Oxycodone/APAP | 40 (325mg) | Dr. Nelson |

91.    DEREK BOOGAARD became addicted to these pain pills, often ingesting up to ten (10) per day.

92.    During the off-season, DEREK BOOGAARD purchased and was provided Oxycodone off-market from multiple sources.

93.    In September, 2009, DEREK BOOGAARD was checked into "The Canyon" rehabilitation facility in California for in-patient treatment for opioid addiction.

94.    As part of DEREK BOOGAARD's NHL mandated "Aftercare Program" upon discharge from The Canyon, DEREK BOOGAARD was to refrain from all opioid and Ambien

drug use and submit to random drug testing.

95.     The NHL knew that DEREK BOOGAARD was addicted to prescription pain medications and prone to relapse.

96.     Despite this knowledge, during DEREK BOOGAARD's 2010-2011 season with the New York Rangers, he was prescribed over seventeen (17) prescriptions for prescription pain medication and other controlled substances by NHL team's physicians, dentists, trainers, and staff, totaling three-hundred-sixty-six (366) pills, documented as follows:

| Date | Drug/Medication | Physician | Dosage | Injury? |
|---|---|---|---|---|
| 10-26-2010 | Hydrocodone/APAP | Dr. Esposito | 20 (750mg) | Tooth Injury |
| 11-10-2010 | Hydrocodone/APAP | Dr. Esposito | 10 (750mg) | Tooth Injury |
| 11-13-2010 | Hydrocodone/APAP | Dr. Esposito | 10 (750mg) | Tooth Injury |
| 11-16-2010 | Hydrocodone/APAP | Dr. Esposito | 40 (325mg) | Tooth Injury |
| 12-04-2010 | Hydrocodone/APAP | Dr. Esposito | 12 (750mg) | None noted |
| 12-24-2010 | Zolpidem ER | Dr. Peterson | 30 (12.5mg) | None noted |
| 01-06-2011 | Ambien CR | Dr. Weissman | 5 (10mg) | None noted |
| 01-10-2011 | Ambien CR | Dr. Weissman | 14 (12.5mg) | None noted |
| 01-18-2011 | Zolpidem ER | Dr. Macaluso | 30 (12.5mg) | Concussion |
| 01-25-2011 | Ambien CR | Dr. Weissman | 10 (12.5mg) | None noted |
| 02-02-2011 | Zolpidem ER | Dr. Peterson | 30 (12.5mg) | None noted |
| 02-11-2011 | Zolpidem ER | Dr. Weissman | 5 (12.5mg) | None noted |
| 02-13-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 02-27-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 03-04-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |

18

| 03-24-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 04-08-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |

97.     The NHL owed a duty to DEREK BOOGAARD to keep him reasonably safe during his NHL career and to refrain from causing an addiction to controlled substances.

98.     The NHL breached its duty to DEREK BOOGAARD by:

    a.     Failing to warn DEREK BOOGAARD of the increased risk of substance abuse due to his role as Enforcer/Fighter;

    b.     Failing to monitor DEREK BOOGAARD's prescriptions to prevent substance abuse;

    c.     Failing to establish proper procedures for administering prescription pain medication to DEREK BOOGAARD from NHL affiliated team physicians, dentists, trainers and staff;

    d.     Failing to establish proper procedures for maintaining DEREK BOOGAARD's medical records and sharing those records with NHL affiliated team physicians, dentists, trainers and staff;

    e.     Failing to implement or improve prescription drug monitoring programs ("PDMPs"), which are electronic databases that track all prescriptions for painkillers in the League;

    f.     Failing to utilize PDMP and/or insurance plan data to identify multiple, duplicative prescriptions for painkillers;

    g.     Failing to set up program plans that identify and address improper player use of painkillers; and

    h.     Failing to set up prescription claims review programs to identify and address multiple, duplicative prescriptions and use of painkillers.

99.     As a proximate result of the foregoing acts and omissions by the NHL, DEREK BOOGAARD died from an accidental prescription drug overdose on May 13, 2011.

100.     Plaintiff's decedent, DEREK BOOGAARD, left surviving him as his heirs and

19

next of kin: Len Boogaard, father; Joanne Boogaard, mother; Curtis Heide, brother; Ryan Boogaard, brother; Aaron Boogaard, brother; and Krysten Boogaard, sister, all of whom have sustained grief, sorrow, mental suffering and loss of society.

101.    ROBERT D. NELSON has been appointed Personal Representative of the Estate of DEREK BOOGAARD, Deceased, and in such capacity brings this cause of action on behalf of the Estate of DEREK BOOGAARD for pecuniary injuries pursuant to the Illinois Wrongful Death Statute, 740 ILCS 180/1, *et seq.*

WHEREFORE, Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased, demands judgment against defendant, NHL, for a sum in excess of the minimum jurisdictional limit for the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT III
### NHL, By and Through its Actual and Apparent Agents, Breached Its Assumed Duty to Curb, Cure, and Monitor Derek Boogaard's Drug Addiction Causing Wrongful Death

Plaintiff re-alleges paragraphs 1 - 42 above and incorporates each allegation herein.

102.    On September 20, 2009, a Minnesota Metro Transit Police Officer found DEREK BOOGAARD asleep in a car on the side of the road. The Officer drover DEREK BOOGAARD to his home. Upon waking, DEREK BOOGAARD had no memory of the events.

103.    On that date, LEN BOOGAARD spoke with DEREK BOOGAARD at length about seeking assistance for his drug addiction. LEN BOOGAARD also spoke with DEREK BOOGAARD's agent. DEREK BOOGAARD was enrolled in the NHL's SABH Program.

104.    The SABH Program was created in September, 1996, separate and apart from any Collective Bargaining Agreement in place at the time or subsequently entered into.

20

105. The SABH Program was granted exclusive, unsupervised control of player substance abuse issues by the NHL.

106. The SABH Program was created to establish a league-wide program to address substance abuse, HIV, and related health matters for NHL players.

107. Dr. David Lewis and Dr. Brian Shaw were appointed to serve as Program Doctors for the SABH Program. These Program Doctors are paid by the NHL.

108. The Program Doctors are the actual and apparent agents of the NHL.

109. The Program Doctors meet with the players on each franchise team at least once a year to discuss issues relating to substance abuse.

110. SABH Program treatment costs are covered by the NHL medical insurance plan.

111. The SABH Program is supposed to operate according to a defined regimen:

- Any player who enters the SABH Program is to receive a comprehensive medical and psychological evaluation by one of the Program Doctors.

- Any player that enters the SABH Program is placed in Stage One of four defined stages for substance abuse. A Stage One player continues to receive his full NHL salary, with no penalties, so long as he fully complies with the treatment and follow-up care prescribed.

- A player that violates the Stage One treatment or follow-up care program is placed in Stage Two. A player in Stage Two is suspended without pay during active treatment and

21

          is eligible for reinstatement upon recommendation of the
Program Doctors.

- A player that violates Stage Two treatment or follow-up care
  program is placed in Stage Three. A player in Stage Three is
  suspended without pay for a minimum of six (6) calendar months
  and is eligible for reinstatement upon recommendation of the
  Program Doctors.

- A player that violates Stage Three treatment or follow-up care
  program is placed in Stage Four. A player in Stage Four is
  suspended without pay for a minimum of one (1) season.
  Reinstatement is at the discretion of the NHL.

112.    On September 23, 2009, DEREK BOOGAARD was admitted into the SABH

Program for an addiction to prescription pain medications and Ambien and underwent an

evaluation by Dr. David Lewis. DEREK BOOGAARD reported that he had taken Vicodin

throughout the 2008-2009 season to assuage his back pain, had taken Ambien all season to sleep,

and that since his shoulder surgery in April, 2009, he had been taking five (5) to ten (10)

Percocet, Oxycontin or Roxycontin per day.

113.    On October 9, 2009, DEREK BOOGAARD executed "Aftercare Program"

documents from the SABH Program, signed by Dr. Lewis, Dr. Shaw, and SABH Program and

NHL agent and employee, Dan Cronin. As part of DEREK BOOGAARD's "Aftercare Program"

upon release from The Canyon, he was to refrain from all opioid and Ambien drug use and

submit to random drug testing. At that time, DEREK BOOGAARD was informed by the NHL,

22

by and through its duly authorized agents and employees, that failure to follow the conditions of the "Aftercare Program" "may result in permanent suspension at the sole discretion of the Program Doctors." DEREK BOOGAARD would come to learn that this was an idle threat.

114.    On October 12, 2009, DEREK BOOGAARD was discharged from The Canyon rehabilitation facility.

115.    DEREK BOOGAARD's drug tests throughout the 2009-2010 hockey season with the Minnesota Wild were negative.

116.    Prior to signing with the New York Rangers in the summer of 2010, DEREK BOOGAARD discussed his addiction issues with Rangers officials.

117.    In September, 2010, and October, 2010, DEREK BOOGAARD began asking trainers for Ambien. Dr. Shaw of the SABH Program reminded DEREK BOOGAARD that he could not use Ambien or pain medications.

118.    On October 14, 2010, LEN BOOGAARD informed the New York Rangers that DEREK BOOGAARD had relapsed. LEN BOOGAARD was assured that it would be dealt with properly by the NHL's Program.

119.    On October 26, 2010, Dr. Lewis of the SABH Program noted that DEREK BOOGAARD had been requesting Vicodin from team dentists.

120.    Despite his "Aftercare Program" restricting Ambien and prescription pain medications during the 2010-2011 season with the New York Rangers, DEREK BOOGAARD received the following prescriptions from NHL team's physicians, dentists, trainers, and staff:

23

| Date | Drug/Medication | Physician | Dosage | Injury? |
|------|-----------------|-----------|--------|---------|
| 10-26-2010 | Hydrocodone/APAP | Dr. Esposito | 20 (750mg) | Tooth Injury |
| 11-10-2010 | Hydrocodone/APAP | Dr. Esposito | 10 (750mg) | Tooth Injury |
| 11-13-2010 | Hydrocodone/APAP | Dr. Esposito | 10 (750mg) | Tooth Injury |
| 11-16-2010 | Hydrocodone/APAP | Dr. Esposito | 40 (325mg) | Tooth Injury |
| 12-04-2010 | Hydrocodone/APAP | Dr. Esposito | 12 (750mg) | None noted |
| 12-24-2010 | Zolpidem ER | Dr. Peterson | 30 (12.5mg) | None noted |
| 01-06-2011 | Ambien CR | Dr. Weissman | 5 (10mg) | None noted |
| 01-10-2011 | Ambien CR | Dr. Weissman | 14 (12.5mg) | None noted |
| 01-18-2011 | Zolpidem ER | Dr. Macaluso | 30 (12.5mg) | Concussion |
| 01-25-2011 | Ambien CR | Dr. Weissman | 10 (12.5mg) | None noted |
| 02-02-2011 | Zolpidem ER | Dr. Peterson | 30 (12.5mg) | None noted |
| 02-11-2011 | Zolpidem ER | Dr. Weissman | 5 (12.5mg) | None noted |
| 02-13-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 02-27-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 03-04-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 03-24-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 04-08-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |

121.    In January, 2011, DEREK BOOGAARD reported to Dr. Shaw of the SABH Program that he had purchased Oxycodone off the street in Minneapolis over Christmas break. Contrary to the SABH Program's stated regimen, DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violations of treatment and follow-up care program.  DEREK BOOGAARD was not suspended.

122.    On January 13, 2011, DEREK BOOGAARD's urine tested positive for Oxymorphone. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for

24

violation of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

123.    On March 9, 2011, DEREK BOOGAARD's urine tested positive for Hydromorphone. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violations of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

124.    On March 21, 2011, DEREK BOOGAARD's urine tested positive for Oxymorphone. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violation of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

125.    On March 26, 2011, DEREK BOOGAARD's urine tested positive for Hydrocodone, Hydromorphone, and Diphenhydramine. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violation of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

126.    On March 27, 2011, DEREK BOOGAARD's urine tested positive for Hydromorphone. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violation of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

127.    On March 31, 2011, DEREK BOOGAARD's urine tested positive for Hydromorphone, Morphine, Oxycodone, and Oxymorphone. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violation of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

128.    On April 1, 2011, the SABH Program finally placed DEREK BOOGAARD into *Stage One* Intervention, despite the fact that DEREK BOOGAARD had been in a treatment

facility two years before and had been perpetually violating the NHL's "Aftercare Program," DEREK BOOGAARD was not suspended.

129.    On April 4, 2011, DEREK BOOGAARD was so impaired at New York Rangers practice that he could not stay up on his skates, fell numerous times, and was kicked out of practice.

130.    On April 5, 2011, DEREK BOOGAARD was admitted into the Authentic Recovery Center ("ARC") in California for opioid dependence.

131.    During DEREK BOOGAARD's inpatient treatment at the ARC, he was "largely non-participatory in treatment," "resistant to treatment protocols," "indifferent in therapy sessions," and "views treatment episode as something he must do to comply with NHL."

132.    During DEREK BOOGAARD's treatment at the ARC, the SABH Program Doctors reviewed DEREK BOOGAARD's status and care.

133.    The NHL knew, or should have known, that DEREK BOOGAARD, a known drug addict with probable brain damage, was not complying with treatment at ARC.

134.    On April 29, 2011, DEREK BOOGAARD left ARC for a trip to New York.

135.    Dan Cronin of the SABH Program arranged and paid for DEREK BOOGAARD's travel from California to New York and from Minnesota back to California. The SABH Program did not provide a chaperone.

136.    While in New York, DEREK BOOGAARD purchased four-thousand dollars ($4,000.00) of opioids on the street and drove the pills from New York City to Minneapolis.

137.    On May 4, 2011, DEREK BOOGAARD returned to ARC in California.

138.    On May 5, 2011, the NHL, by and through its duly authorized agent and

26

employee, Dr. Lewis, "Reviewed [DEREK BOOGAARD's] progress and plans for [his sister's] graduation."

139. Purportedly, on May 6, 2011, the NHL, by and through its duly authorized agent and employee, Dan Cronin, informed DEREK BOOGAARD that attending his sister's graduation was against Dr. Lewis' advice. But the NHL did not provide a chaperone; did not place DEREK BOOGAARD in Stage Two; did not provide DEREK BOOGAARD with an "Aftercare Program" or follow-up care instructions; and did not warn DEREK BOOGAARD of the risks associated with leaving the ARC facility.

140. On May 12, 2011, DEREK BOOGAARD was released from the ARC without a chaperone to attend his sister's college graduation.

141. On May 12 and 13, 2011, DEREK BOOGAARD ingested Percocet and numerous Oxycodone pills.

142. On May 13, 2011, DEREK BOOGAARD was found dead.

143. Post-mortem toxicology results revealed that DEREK BOOGAARD had a blood alcohol count of .180gm/dL and a blood opioid quantification of .14mg/L of Oxycodone. The cause of death was accidental drug overdose.

144. From 2009 until DEREK BOOGAARD's death on May 13, 2011, Dr. David Lewis, Dr. Brian Shaw, and Dan Cronin were the duly authorized agents and/or employees of the NHL, acting within the course and scope of their agency/employment relationship.

145. Dr. Lewis, Dr. Shaw, Dan Cronin, and each of them, held themselves out to the public and to the Boogaard family, specifically, as the agents of the NHL. DEREK BOOGAARD and his parents relied upon Dr. Lewis, Dr. Shaw and Dan Cronin's representations, that they

27

were acting as the agents of the NHL who would properly curb, cure, and monitor DEREK

BOOGAARD's drug addiction.

146.    When DEREK BOOGAARD was admitted into the SABH Program in 2009, the

NHL voluntarily undertook a duty to monitor, treat, and curb DEREK BOOGAARD's drug

addiction.

147.    The NHL, individually, and by and through its agents in the SABH Program,

breached its duty to DEREK BOOGAARD by:

      a.    Failing to monitor and supervise its SABH Program;

      b.    Failing to place DEREK BOOGAARD in the SABH Program defined four
            stages of intervention;

      c.    Failing to intervene when necessary to treat DEREK BOOGAARD for
            substance abuse;

      d.    Failing to appropriately treat DEREK BOOGAARD for substance abuse;

      e.    Failing to ensure rapid, accurate diagnosis and intervention for DEREK
            BOOGAARD's relapse of prescription pain pill abuse;

      f.    Failing to adequately monitor DEREK BOOGAARD for prescription pain
            pill abuse following his discharge from "The Canyon" rehabilitation
            facility;

      g.    Failing to warn DEREK BOOGAARD of the increased risk of fatal
            overdose following his release from the ARC; and

      h.    Failing to monitor DEREK BOOGAARD upon release from the ARC.

148.    The foregoing acts and omissions by the NHL caused, or contributed to cause,

DEREK BOOGAARD's death as a result of accidental drug overdose on May 13, 2011.

149.    Plaintiff's decedent, DEREK BOOGAARD, left surviving him as his heirs and

next of kin the following: Len Boogaard, father; Joanne Boogaard, mother; Curtis Heide, brother;

28

Ryan Boogaard, brother; Aaron Boogaard, brother; and Krysten Boogaard, sister; all of whom have sustained grief, sorrow, and mental suffering and loss of society.

150.    ROBERT D. NELSON has been appointed Personal Representative of the Estate of DEREK BOOGAARD, Deceased, and in such capacity brings this cause of action on behalf of the Estate of DEREK BOOGAARD for pecuniary injuries pursuant to the Illinois Wrongful Death Statute, 740 ILCS 180/1, *et seq.*

151.    To the extent this Count charges Healing Arts Malpractice, Plaintiff attaches, and incorporates herein, an affidavit as required by 735 ILCS 5/2-622.

WHEREFORE, Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased, demands judgment against defendant, NHL, for a sum in excess of the minimum jurisdictional limit for the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT IV
### NHL, By and Through its Actual and Apparent Agents, Breached Its Assumed Duty to Curb, Cure, and Monitor Derek Boogaard's Drug Addiction Causing Pain and Suffering and Loss of a Normal Life

Plaintiff re-alleges paragraphs 1 - 42 above and incorporate each allegation herein.

152.    On September 20, 2009, a Minnesota Metro Transit Police Officer found DEREK BOOGAARD asleep in a car on the side of the road. The Officer drover DEREK BOOGAARD to his home. Upon waking, DEREK BOOGAARD had no memory of the events.

153.    On that date, LEN BOOGAARD spoke with DEREK BOOGAARD at length about seeking assistance for his drug addiction. LEN BOOGAARD also spoke with DEREK BOOGAARD's agent. DEREK BOOGAARD was enrolled in the NHL's SABH Program.

29

154. The SABH Program was created in September, 1996, separate and apart from any Collective Bargaining Agreement in place at the time or subsequently entered into.

155. The SABH Program was granted exclusive, unsupervised control of player substance abuse issues by the NHL.

156. The SABH Program was created to establish a league-wide program to address substance abuse, HIV, and related health matters for NHL players.

157. Dr. David Lewis and Dr. Brian Shaw were appointed to serve as Program Doctors for the SABH Program. These Program Doctors are paid by the NHL.

158. These Program Doctors are the actual and apparent agents of the NHL.

159. The Program Doctors meet with the players on each franchise team at least once a year to discuss issues relating to substance abuse.

160. SABH Program treatment costs are covered by the NHL medical insurance plan.

161. The SABH Program is supposed to operate according to a defined regimen:

- Any player who enters the SABH Program is to receive a comprehensive medical and psychological evaluation by one of the Program Doctors.

- Any player that enters the SABH Program is placed in Stage One of four defined stages for substance abuse. A Stage One player continues to receive his full NHL salary, with no penalties, so long as he fully complies with the treatment and follow-up care prescribed.

- A player that violates the Stage One treatment or follow-up

30

care program is placed in Stage Two. A player in Stage
Two is suspended without pay during active treatment and
is eligible for reinstatement upon recommendation of the
Program Doctors.

- A player that violates Stage Two treatment or follow-up care
program is placed in Stage Three. A player in Stage Three is
suspended without pay for a minimum of six (6) calendar months
and is eligible for reinstatement upon recommendation of the
Program Doctors.

- A player that violates Stage Three treatment or follow-up care
program is placed in Stage Four. A player in Stage Four is
suspended without pay for a minimum of one (1) season.
Reinstatement is at the discretion of the NHL.

162.    On September 23, 2009, DEREK BOOGAARD was admitted into the SABH

Program for an addiction to prescription pain medications and Ambien and underwent an

evaluation by Dr. David Lewis.  DEREK BOOGAARD reported that he had taken Vicodin

throughout the 2008-2009 season to assuage his back pain, had taken Ambien all season, and

since his shoulder surgery in April, 2009, he had been taking five (5) to ten (10) Percocet,

Oxycontin or Roxycontin per day.

163.    On October 9, 2009, DEREK BOOGAARD executed "Aftercare Program"

documents from the SABH Program, signed by Dr. Lewis, Dr. Shaw, and SABH Program and

NHL agent and employee, Dan Cronin. As part of DEREK BOOGAARD's "Aftercare Program"

31

upon release from The Canyon, he was to refrain from all opioid and Ambien drug use and submit to random drug testing. At that time, DEREK BOOGAARD was informed by the NHL, by and through its duly authorized agents and employees, that failure to follow the conditions of the "Aftercare Program" "may result in permanent suspension at the sole discretion of the Program Doctors." DEREK BOOGAARD would come to learn that this was an idle threat.

164.    On October 12, 2009, DEREK BOOGAARD was discharged from The Canyon rehabilitation facility.

165.    DEREK BOOGAARD's drug tests throughout the 2009-2010 hockey season with the Minnesota Wild were negative.

166.    Prior to signing with the New York Rangers in the summer of 2010, DEREK BOOGAARD discussed his addiction issues with Rangers officials.

167.    In September and October, 2010, DEREK BOOGAARD began asking trainers for Ambien. Dr. Shaw of the SABH Program reminded DEREK BOOGAARD that he could not use Ambien or pain medications.

168.    On October 14, 2010, LEN BOOGAARD informed the New York Rangers that DEREK BOOGAARD had relapsed. LEN BOOGAARD was assured that it would be dealt with properly by the NHL's Program.

169.    On October 26, 2010, Dr. Lewis of the SABH Program noted that DEREK BOOGAARD had been requesting Vicodin from team dentists.

170.    Despite his "Aftercare Program" restricting Ambien and prescription pain medications, during the 2010-2011 season with the New York Rangers DEREK BOOGAARD received the following prescriptions from NHL team's physicians, dentists, trainers, and staff:

32

| Date | Drug/Medication | Physician | Dosage | Injury? |
|---|---|---|---|---|
| 10-26-2010 | Hydrocodone/APAP | Dr. Esposito | 20 (750mg) | Tooth Injury |
| 11-10-2010 | Hydrocodone/APAP | Dr. Esposito | 10 (750mg) | Tooth Injury |
| 11-13-2010 | Hydrocodone/APAP | Dr. Esposito | 10 (750mg) | Tooth Injury |
| 11-16-2010 | Hydrocodone/APAP | Dr. Esposito | 40 (325mg) | Tooth Injury |
| 12-04-2010 | Hydrocodone/APAP | Dr. Esposito | 12 (750mg) | None noted |
| 12-24-2010 | Zolpidem ER | Dr. Peterson | 30 (12.5mg) | None noted |
| 01-06-2011 | Ambien CR | Dr. Weissman | 5 (10mg) | None noted |
| 01-10-2011 | Ambien CR | Dr. Weissman | 14 (12.5mg) | None noted |
| 01-18-2011 | Zolpidem ER | Dr. Macaluso | 30 (12.5mg) | Concussion |
| 01-25-2011 | Ambien CR | Dr. Weissman | 10 (12.5mg) | None noted |
| 02-02-2011 | Zolpidem ER | Dr. Peterson | 30 (12.5mg) | None noted |
| 02-11-2011 | Zolpidem ER | Dr. Weissman | 5 (12.5mg) | None noted |
| 02-13-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 02-27-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 03-04-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 03-24-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |
| 04-08-2011 | Ambien CR | Dr. Weissman | 30 (12.5mg) | None noted |

171.    In January, 2011, DEREK BOOGAARD reported to Dr. Shaw of the SABH

Program that he had purchased Oxycodone off the street in Minneapolis over Christmas break.

Contrary to the SABH Program's stated regimen, DEREK BOOGAARD was not placed in Stage

Two or Stage Three treatment for violations of treatment and follow-up care program.  DEREK

BOOGAARD was not suspended.

172.    On January 13, 2011, DEREK BOOGAARD's urine tested positive for Oxymorphone. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violations of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

173.    On March 9, 2011, DEREK BOOGAARD's urine tested positive for Hydromorphone. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violations of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

174.    On March 21, 2011, DEREK BOOGAARD's urine tested positive for Oxymorphone. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violations of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

175.    On March 26, 2011, DEREK BOOGAARD's urine tested positive for Hydrocodone, Hydromorphone, and Diphenhydramine. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violations of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

176.    On March 27, 2011, DEREK BOOGAARD's urine tested positive for Hydromorphone. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violations of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

177.    On March 31, 2011, DEREK BOOGAARD's urine tested positive for Hydromorphone, Morphine, Oxycodone, and Oxymorphone. DEREK BOOGAARD was not placed in Stage Two or Stage Three treatment for violations of treatment and follow-up care program. DEREK BOOGAARD was not suspended.

178.    On April 1, 2011, the SABH Program finally placed DEREK BOOGAARD into *Stage One* Intervention, despite the fact that DEREK BOOGAARD had been in a treatment facility two years before and had been perpetually violating the NHL's "Aftercare Program." DEREK BOOGAARD was not suspended.

179.    On April 4, 2011, DEREK BOOGAARD was so impaired at New York Rangers practice that he could not stay up on his skates, fell numerous times, and was kicked out of practice.

180.    On April 5, 2011, DEREK BOOGAARD was admitted into the Authentic Recovery Center ("ARC") in California for opioid dependence. On this date, for the first time, the SABH Program finally "staged" DEREK BOOGAARD at Stage One of its regimen.

181.    During DEREK BOOGAARD's inpatient treatment at the ARC, he was "largely non-participatory in treatment," "resistant to treatment protocols," "indifferent in therapy sessions," and "views treatment episode as something he must do to comply with NHL."

182.    During DEREK BOOGAARD's treatment at the ARC, the SABH Program Doctors reviewed DEREK BOOGAARD's status and care.

183.    The NHL knew, or should have known, that DEREK BOOGAARD, a known drug addict, with probable brain damage, was not complying with treatment at ARC.

184.    On April 29, 2011, DEREK BOOGAARD left ARC for a trip to New York.

185.    Dan Cronin of the SABH Program arranged and paid for DEREK BOOGAARD's travel from California to New York and from Minnesota back to California. The SABH Program did not provide a chaperone.

186.    While in New York, DEREK BOOGAARD purchased four-thousand dollars

35

($4,000.00) of opioids on the street and drove the pills from New York City to Minneapolis.

187.     On May 4, 2011, DEREK BOOGAARD returned to ARC.

188.     On May 5, 2011, the NHL, by and through its duly authorized agent and employee, Dr. Lewis, "Reviewed [DEREK BOOGAARD's] progress and plans for [his sister's] graduation."

189.     Purportedly, on May 6, 2011, the NHL, by and through its duly authorized agent and employee, Dan Cronin, informed DEREK BOOGAARD that attending his sister's graduation was against Dr. Lewis' advice.  But, the NHL did not provide a chaperone, did not place DEREK BOOGAARD in Stage Two, did not provide DEREK BOOGAARD with an "Aftercare Program" or follow-up care instructions, and did not warn DEREK BOOGAARD of the risks associated with leaving the ARC facilities.

190.     On May 12, 2011, DEREK BOOGAARD was released from the ARC without a chaperone to attend his sister's college graduation.

191.     On May 12 and 13, 2011, DEREK BOOGAARD ingested Percocet and numerous Oxycodone pills.

192.     On May 13, 2011, DEREK BOOGAARD was found dead.

193.     Post-mortem toxicology results revealed that DEREK BOOGAARD had a blood alcohol count of .180gm/dL and a blood opioid quantification of .14mg/L of Oxycodone.  The cause of death was accidental drug overdose.

194.     From 2009 until DEREK BOOGAARD's death on May 13, 2011, Dr. David Lewis, Dr. Brian Shaw, and Dan Cronin were the duly authorized agents and/or employees of the NHL, acting within the course and scope of their agency/employment relationship.

36

195.    Dr. Lewis, Dr. Shaw, Dan Cronin, and each of them, held themselves out to the public and to the Boogaard family, specifically, as the agents of the NHL. DEREK BOOGAARD and his parents relied upon Dr. Lewis, Dr. Shaw and Dan Cronin's representations, that they were acting as the agents of the NHL who would properly curb, cure, and monitor DEREK BOOGAARD's drug addiction.

196.    When DEREK BOOGAARD was admitted into the SABH Program in 2009, the NHL voluntarily undertook a duty to monitor, treat, and curb DEREK BOOGAARD's drug addiction.

197.    The NHL, individually and by and through its agents in the SABH Program, breached its duty to DEREK BOOGAARD by:

> a.    Failing to monitor and supervise its SABH Program;
>
> b.    Failing to place DEREK BOOGAARD in the SABH Program defined four stages of intervention;
>
> c.    Failing to intervene when necessary to treat DEREK BOOGAARD for substance abuse;
>
> d.    Failing to appropriately treat DEREK BOOGAARD for substance abuse;
>
> e.    Failing to ensure rapid, accurate diagnosis and intervention for DEREK BOOGAARD's relapse of prescription pain pill abuse;
>
> f.    Failing to adequately monitor DEREK BOOGAARD for prescription pain pill abuse following his discharge to "The Canyon" rehabilitation facility;
>
> g.    Failing to warn DEREK BOOGAARD of the increased risk of fatal overdose following his release from the ARC; and
>
> h.    Failing to monitor DEREK BOOGAARD upon release from the ARC.

198.    As a proximate result of one or more of the foregoing negligent acts or omissions

of defendant, NHL, DEREK BOOGAARD suffered personal and pecuniary injuries, including conscious pain and suffering, prior to his death on May 13, 2011, and, had he survived, he would have been entitled to bring an action for personal and pecuniary damages, and such action has survived him.

199. Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased, brings this Survival Action, pursuant to 755 ILCS 5/27-6, commonly known as the Survival Act of the State of Illinois.

200. To the extent this Count charges Healing Arts Malpractice, Plaintiff attaches, and incorporates herein, an affidavit as required by 735 ILCS 5/2-622.

WHEREFORE, Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased, demands judgment against defendant, NHL, for a sum in excess of the minimum jurisdictional limit for the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT V
### NHL's Negligence in Monitoring Derek Boogaard for Brain Trauma During Derek Boogaard's NHL Playing Career Caused CTE and Pain and Suffering and Loss of a Normal Life

Plaintiff re-alleges paragraphs 1 - 42 above and incorporate each allegation herein.

201. The NHL does not expel a player from a game for fighting; instead both participants of the fight are given five (5) minute penalties and neither team is short-handed.

202. Prior to and during DEREK BOOGAARD's NHL career, the NHL knew, or should have known, that the Enforcers/Fighters in the NHL had an increased risk of concussive and sub-concussive brain trauma resulting in long-term brain damage.

38

203. DEREK BOOGAARD played and fought through documented and undocumented concussions and the associated symptoms because he was not properly monitored for signs of concussions and/or warned of the risks of developing long-term brain damage as a result of playing through brain trauma.

204. On numerous occasions, the NHL allowed and encouraged DEREK BOOGAARD, after suffering concussions, to return to play and fight in the same game and/or practice.

205. The NHL did not document certain incidents of DEREK BOOGAARD's concussive head trauma.

206. The cumulative effect of DEREK BOOGAARD's concussive brain trauma and/or playing and fighting through these brain traumas during his NHL playing career caused or exacerbated brain damage, commonly referred to as CTE.

207. The NHL failed to warn DEREK BOOGAARD of the probability of developing brain damage and drug addiction due to fighting during NHL games.

208. The NHL voluntarily undertook a duty to DEREK BOOGAARD and all NHL players to keep them reasonably safe during their NHL careers and to prevent brain trauma.

209. The NHL breached its duty to DEREK BOOGAARD by:

    a.    Drafting DEREK BOOGAARD to fight, on the ice, during games;

    b.    Failing to warn DEREK BOOGAARD of his increased risk of substance abuse;

    c.    Encouraging DEREK BOOGAARD, to fight during NHL games;

    d.    Failing to warn DEREK BOOGAARD and other NHL players of the potential long-term impact of suffering numerous concussive head

traumas;

e.      Failing to warn DEREK BOOGAARD and other NHL players of the consequences of playing through the concussions and/or their symptoms;

f.      Failing to ensure rapid, accurate diagnosis of DEREK BOOGAARD's concussive brain injuries during his playing career;

g.      Failing to establish bench concussion assessment protocol to assist team physicians and trainers in their initial assessment of brain trauma;

h.      Failing to implement policies to prevent DEREK BOOGAARD from returning to a game or practice in which he sustained a head injury, in order to prevent harmful repetitive brain trauma;

i.      Failing to require that DEREK BOOGAARD be cleared by both a team physician and by an independent neurological or neuro-physiological consultant prior to resuming hockey activities after suffering a concussion;

j.      Failing to regulate and monitor practices, games, equipment and medical care so as to minimize the long-term risk associated with repetitive brain injuries suffered by DEREK BOOGAARD; and

k.      Failing to monitor and record DEREK BOOGAARD's concussive head traumas during his NHL career.

210.     As a result of the foregoing acts and omissions by the NHL, DEREK BOOGAARD developed CTE, or exacerbated the condition, and suffered from its related symptoms.

211.     As a proximate result of one or more of the foregoing negligent acts or omissions, DEREK BOOGAARD suffered personal and pecuniary injuries, including conscious pain and suffering, prior to his death on May 13, 2011, and had he survived, he would have been entitled to bring an action for personal and pecuniary damages, and such action has survived him.

212.     Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased, brings this Survival Action, pursuant to 755 ILCS 5/27-6,

commonly known as the Survival Act of the State of Illinois.

WHEREFORE, Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, demands judgment against defendant, NHL, a corporation, for a sum in excess of the minimum jurisdictional limit for the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT VI
### NHL's Negligence in Monitoring Derek Boogaard for Brain Trauma During Derek Boogaard's NHL Playing Career Caused CTE and Wrongful Death

Plaintiff re-alleges paragraphs 1-42 above and incorporate each allegation herein.

213.    The NHL does not expel a player from a game for fighting; instead both participants of the fight are given five (5) minute penalties and neither team is short-handed.

214.    Prior to and during DEREK BOOGAARD's NHL career, the NHL knew, or should have known, that the Enforcers/Fighters in the NHL had an increased risk of brain damage due to concussive and sub-concussive brain trauma resulting in long-term brain damage.

215.    DEREK BOOGAARD played and fought through documented and undocumented concussions and the associated symptoms because he was not properly monitored for signs of concussions and/or warned of the risks of developing long-term brain damage as a result of playing through brain trauma.

216.    On numerous occasions, the NHL allowed and encouraged DEREK BOOGAARD, after suffering concussions, to return to play and fight in the same game and/or practice.

217.    The NHL did not document certain incidents of DEREK BOOGAARD's

41

concussive head trauma.

218.    The cumulative effect of DEREK BOOGAARD's concussive brain trauma and/or playing and fighting through these brain traumas during his NHL playing career caused or exacerbated brain damage, commonly referred to as CTE.

219.    The NHL failed to warn DEREK BOOGAARD of the probability of developing brain damage and drug addiction due to fighting during NHL games.

220.    The NHL voluntarily undertook a duty to DEREK BOOGAARD and all NHL players to keep them reasonably safe during their NHL careers and to prevent brain trauma and drug addiction.

221.    The NHL breached its duty to DEREK BOOGAARD by:

    a.    Drafting DEREK BOOGAARD to fight, on the ice, during games;

    b.    Failing to warn DEREK BOOGAARD of his increased risk of substance abuse;

    c.    Encouraging DEREK BOOGAARD to fight during NHL games;

    d.    Failing to warn DEREK BOOGAARD and other NHL players of the potential long-term impact of suffering numerous concussive head traumas;

    e.    Failing to warn DEREK BOOGAARD and other NHL players of the consequences of playing through the concussions and/or their symptoms;

    f     Failing to ensure rapid, accurate diagnosis of DEREK BOOGAARD's concussive brain injuries during his playing career;

    g.    Failing to establish bench concussion assessment protocol to assist team physicians and trainers in their initial assessment of brain trauma;

    h.    Failing to implement policies to prevent DEREK BOOGAARD from returning to a game or practice in which he sustained a head injury, in order to prevent harmful repetitive brain trauma;

      i.      Failing to require that DEREK BOOGAARD be cleared by both a team physician and by an independent neurological or neuro-physiological consultant prior to resuming hockey activities after suffering a concussion;

      j.      Failing to regulate and monitor practices, games, equipment and medical care so as to minimize the long-term risk associated with repetitive brain injuries suffered by DEREK BOOGAARD; and

      k.      Failing to monitor and record DEREK BOOGAARD's concussive head traumas during his NHL career.

222.    As a result of the foregoing acts and omissions by the NHL, DEREK BOOGAARD developed CTE, or exacerbated the condition, and suffered from its related symptoms.

223.    If the NHL had taken the necessary steps to oversee and protect DEREK BOOGAARD by warning him of the dangers of head traumas and by educating and training all persons involved with the NHL teams in the recognition, prevention and treatment of concussive brain injuries, DEREK BOOGAARD would not have suffered dangerous repetitive head trauma; would have recovered more rapidly; would not have sustained permanent damage to his brain; would not have developed an addiction to prescription narcotics; and would not have overdosed causing his death.

224.    DEREK BOOGAARD's death on May 13, 2011 resulted from a foreseeable combination of brain damage and addiction, both of which were the result of numerous concussions sustained during his NHL career and the psychological impact of being an NHL Enforcer/Fighter.

225.    Plaintiff's decedent, DEREK BOOGAARD, left surviving him as his heirs and next of kin the following: Len Boogaard, father; Joanne Boogaard, mother; Curtis Heide,

brother; Ryan Boogaard, brother; Aaron Boogaard, brother; and Krysten Boogaard, sister; all of whom have sustained grief, sorrow, and mental suffering and loss of society.

226.     ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased, and in such capacity brings this cause of action on behalf of the Estate of DEREK BOOGAARD for pecuniary injuries pursuant to the Illinois Wrongful Death Statute, 740 ILCS 180/1, *et seq.*

WHEREFORE, Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased, demands judgment against defendant, NHL, a corporation, for a sum in excess of the minimum jurisdictional limit for the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT VII
## NHL's Negligence in Using Toradol During Derek Boogaard's Career Caused CTE and Pain and Suffering and Loss of a Normal Life

Plaintiff re-alleges paragraphs 1 - 42 above and incorporate each allegation herein.

227.     During DEREK BOOGAARD'S playing career, he received intravenous injections of the drug Toradol (Ketorolac Tromethamine) administered by the NHL team's physicians. Toradol is a potent analgesic in its intramuscular form. In short, the drug masks the body's ability to perceive pain.

228.     The NHL knew its member teams administered Toradol to DEREK BOOGAARD on the following occasions:

| # | Date | Drug/Medication | Quantity/Dosage | Physician | Injury? |
|---|------|-----------------|-----------------|-----------|---------|
| 1 | 12-29-2008 | Toradol Injection | 1 ml | Flames Dr. | Yes |
| 2 | 12-31-2008 | Toradol Injection | 1 ml | Dr. Burns | Yes |

| 3 | 02-04-2009 | Toradol Injection | 1 ml | Unknown | Yes |
|----|------------|-------------------|-------|-------------|-----|
| 4 | 03-22-2009 | Toradol Injection | 1 ml | Unknown | Yes |
| 5 | 01-09-2010 | Toradol Injection | 30 mg | Wild Dr. | Yes |
| 6 | 01-11-2010 | Toradol Injection | 30 mg | Wild Dr. | Yes |
| 7 | 01-13-2010 | Toradol Injection | 30 mg | Wild Dr. | Yes |
| 8 | 01-14-2010 | Toradol Injection | 30 mg | Blues Dr. | Yes |
| 9 | 01-16-2010 | Toradol Injection | 30 mg | Coyotes Dr. | Yes |
| 10 | 01-18-2010 | Toradol Injection | 30 mg | Stars Dr. | Yes |
| 11 | 03-05-2010 | Toradol Injection | 1 ml | Oilers Dr. | Yes |
| 12 | 03-14-2010 | Toradol Injection | 1 ml | Wild Dr. | Yes |
| 13 | 12-03-2010 | Toradol Injection | 1 ml | Rangers Dr. | Yes |

229. The Toradol label states that "Toradol inhibits platelet function and is therefore, contraindicated in patients ... at high risk of bleeding."

230. Toradol is not to be used if the recipient has a closed head injury or bleeding in the brain. The increase in bleeding risk can exacerbate injuries, such as concussive and sub-concussive brain traumas.

231. The NHL never warned DEREK BOOGAARD of the risks associated with Toradol before administering the injections.

232. Prior to and during DEREK BOOGAARD's NHL career, the NHL knew, or should have known, that Toradol's pain masking features can prevent the body's natural, painful response to injury and increase the risk of head injuries and their long-term ramifications.

233. Prior to and during DEREK BOOGAARD's NHL career, the NHL knew, or should have known, that DEREK BOOGAARD was at an increased risk of suffering even greater damages due to concussions because of Toradol's blood thinning effect.

45

234.    DEREK BOOGAARD was injected and provided with Toradol without knowledge of the risks posed by the use of Toradol.

235.    DEREK BOOGAARD received numerous Toradol injections shortly before, or after, sustaining concussive and sub-concussive brain traumas. These injections caused DEREK BOOGAARD to sustain brain damage as a result of head trauma.

236.    To wit, on December 29 and 31, 2008, DEREK BOOGAARD received Toradol injections into his right shoulder prior to play, administered by team physicians of the Calgary Flames and Minnesota Wild. Then, in practice on January 3, 2009, DEREK BOOGAARD was 'blind-sided by a teammate along the boards and hit the right side of his head on the glass…[and] felt momentarily dazed.' As a result, DEREK BOOGAARD had 'some fogginess to the right field of vision and had a headache.' He finished practice. It took an hour for his visual field to clear and his headache persisted for days. The post-concussive symptoms were exacerbated by the presence of Toradol in his body.

237.    Again, the next season, on January 9, 2010, January 11, 2010, January 13, 2010, January 14, 2010, January 16, 2010, and January 18, 2010, DEREK BOOGAARD received Toradol, administered by team physicians of NHL franchises: Minnesota Wild, St. Louis Blues, Phoenix Coyotes, and Dallas Stars.

238.    Again, on March 5, 2010 and March 14, 2010, DEREK BOOGAARD received Toradol injections prior to play, administered by team physicians of NHL franchises: Edmonton Oilers and Minnesota Wild.

239.    On March 14, 2010, DEREK BOOGAARD sustained a concussive brain trauma with resulting Post-Concussive Syndrome with persistent symptoms. The post-concussive

46

symptoms were exacerbated by the presence of Toradol in his body.

240.    Again, the next season, on December 3, 2010, DEREK BOOGAARD received a

Toradol injection prior to play, administered by team physicians of NHL franchise, New York

Rangers. On December 9, 2010, DEREK BOOGAARD was in a fight on the ice and sustained a

cerebral concussion with resulting Post-Concussive Syndrome with persistent symptoms.

DEREK BOOGAARD never played in another NHL game after this concussion.

241.    The cumulative effect of DEREK BOOGAARD's concussive brain traumas with

Toradol in his body and/or playing through these brain traumas during his NHL playing career

caused and/or exacerbated permanent brain damage, commonly referred to as CTE.

242.    The NHL voluntarily undertook a duty to DEREK BOOGAARD and all NHL

players to keep them reasonably safe during their NHL careers and to prevent brain trauma.

243.    The NHL breached its duty to DEREK BOOGAARD by:

    a.    Permitting numerous injections of Toradol to mask the pain DEREK
        BOOGAARD felt while playing as an Enforcer/Fighter in the NHL;

    b.    Failing to educate players, including DEREK BOOGAARD, coaches and
        medical professionals about the risks associated with Toradol;

    c.    Failing to warn DEREK BOOGAARD and other NHL players of the
        potential long-term effects of Toradol, and/or brain damage after injection
        with Toradol;

    d.    Failing to warn DEREK BOOGAARD and other NHL players of the
        consequences of playing hockey while under the effects of Toradol; and

    e.    Failing to warn DEREK BOOGAARD and other NHL players of the
        increased risk of suffering even greater damages due to concussions
        because of Toradol's blood thinning effect.

244.    As a proximate result of one or more of the foregoing negligent acts or omissions,

DEREK BOOGAARD suffered personal and pecuniary injuries, including conscious pain and suffering, prior to his death on May 13, 2011, and, had he survived, he would have been entitled to bring an action for personal and pecuniary damages, and such action has survived him.

245.    Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased, brings this Survival Action, pursuant to 755 ILCS 5/27-6, commonly known as the Survival Act of the State of Illinois.

WHEREFORE, Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased, demands judgment against defendant, NHL, for a sum in excess of the minimum jurisdictional limit for the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT VIII
### NHL's Negligence in Using Toradol During Derek Boogaard's Career Caused CTE and Wrongful Death

Plaintiff re-alleges paragraphs 1 - 42 above and incorporate each allegation herein.

246.    During DEREK BOOGAARD'S playing career, he received intravenous injections of the drug Toradol (Ketorolac Tromethamine) administered by the NHL team's physicians. Toradol is a potent analgesic in its intramuscular form. In short, the drug masks the body's ability to perceive pain.

247.    The NHL knew its member teams administered Toradol to DEREK BOOGAARD on the following occasions:

| # | Date | Drug/Medication | Quantity/Dosage | Physician | Injury? |
|---|------|-----------------|-----------------|-----------|---------|
| 1 | 12-29-2008 | Toradol Injection | 1 ml | Flames Dr. | Yes |
| 2 | 12-31-2008 | Toradol Injection | 1 ml | Dr. Burns | Yes |

48

| 3 | 02-04-2009 | Toradol Injection | 1 ml | Unknown | Yes |
| 4 | 03-22-2009 | Toradol Injection | 1 ml | Unknown | Yes |
| 5 | 01-09-2010 | Toradol | 30 mg | Wild Dr. | Yes |
| 6 | 01-11-2010 | Toradol | 30 mg | Wild Dr. | Yes |
| 7 | 01-13-2010 | Toradol | 30 mg | Wild Dr. | Yes |
| 8 | 01-14-2010 | Toradol | 30 mg | Blues Dr. | Yes |
| 9 | 01-16-2010 | Toradol | 30 mg | Coyotes Dr. | Yes |
| 10 | 01-18-2010 | Toradol | 30 mg | Stars Dr. | Yes |
| 11 | 03-05-2010 | Toradol Injection | 1 ml | Oilers Dr. | Yes |
| 12 | 03-14-2010 | Toradol Injection | 1 ml | Wild Dr. | Yes |
| 13 | 12-03-2010 | Toradol Injection | 1 ml | Rangers Dr. | Yes |

248. The Toradol label states that "Toradol inhibits platelet function and is therefore, contraindicated in patients ... at high risk of bleeding."

249. Toradol is not to be used if the recipient has a closed head injury or bleeding in the brain. The increase in bleeding risk can exacerbate injuries, such as concussive and sub-concussive brain traumas.

250. The NHL never warned DEREK BOOGAARD of the risks associated with Toradol before administering the injections.

251. Prior to and during DEREK BOOGAARD's NHL career, the NHL knew, or should have known, that Toradol's pain masking features can prevent the body's natural, painful response to injury and increase the risk of head injuries and their long-term ramifications.

252. Prior to and during DEREK BOOGAARD's NHL career, the NHL knew, or should have known, that DEREK BOOGAARD was at an increased risk of suffering even greater damages due to concussions because of Toradol's blood thinning effect.

49

253.    DEREK BOOGAARD was injected and provided with Toradol without knowledge of the risks posed by the use of Toradol.

254.    DEREK BOOGAARD received numerous Toradol injections shortly before, or after, sustaining concussive and sub-concussive brain traumas. These injections caused DEREK BOOGAARD to sustain brain damage as a result of head trauma.

255.    To wit, on December 29 and 31, 2008, DEREK BOOGAARD received Toradol injections into his right shoulder prior to play, administered by team physicians of the Calgary Flames and Minnesota Wild. Then, in practice on January 3, 2009, DEREK BOOGAARD was 'blind-sided by a teammate along the boards and hit the right side of his head on the glass...[and] felt momentarily dazed.' As a result, DEREK BOOGAARD had 'some fogginess to the right field of vision and had a headache.' He finished practice. It took an hour for his visual field to clear and his headache persisted for days. The post-concussive symptoms were exacerbated by the presence of Toradol in his body.

256.    Again, the next season, on January 9, 2010, January 11, 2010, January 13, 2010, January 14, 2010, January 16, 2010, and January 18, 2010, DEREK BOOGAARD received Toradol, administered by team physicians of NHL franchises: Minnesota Wild, St. Louis Blues, Phoenix Coyotes, and Dallas Stars.

257.    Again, on March 5, 2010 and March 14, 2010, DEREK BOOGAARD received Toradol injections prior to play, administered by team physicians of NHL franchises: Edmonton Oilers and Minnesota Wild.

258.    On March 14, 2010, DEREK BOOGAARD sustained a concussive brain trauma with resulting Post-Concussive Syndrome with persistent symptoms. The post-concussive

symptoms were exacerbated by the presence of Toradol in his body.

259.    Again, the next season, on December 3, 2010, DEREK BOOGAARD received a Toradol injection prior to play, administered by team physicians of NHL franchise, New York Rangers. On December 9, 2010, DEREK BOOGAARD was in a fight on the ice and sustained a cerebral concussion with resulting Post-Concussive Syndrome with persistent symptoms. DEREK BOOGAARD never played in another NHL game after this concussion.

260.    The cumulative effect of DEREK BOOGAARD's concussive brain traumas with Toradol in his body and/or playing through these brain traumas during his NHL playing career caused and/or exacerbated permanent brain damage, commonly referred to as CTE.

261.    The NHL voluntarily undertook a duty to DEREK BOOGAARD and all NHL players to keep them reasonably safe during their NHL careers and to prevent brain trauma.

262.    The NHL breached its duty to DEREK BOOGAARD by:

   a.    Permitting numerous injections of Toradol to mask the pain DEREK BOOGAARD felt while playing as an Enforcer/Fighter in the NHL;

   b.    Failing to educate players, including DEREK BOOGAARD, coaches and medical professionals about the risks associated with Toradol;

   c.    Failing to warn DEREK BOOGAARD and other NHL players of the potential long-term effects of Toradol, and/or brain damage after injection with Toradol;

   d.    Failing to warn DEREK BOOGAARD and other NHL players of the consequences of playing hockey while under the effects of Toradol; and

   e.    Failing to warn DEREK BOOGAARD and other NHL players of the increased risk of suffering even greater damages due to concussions because of Toradol's blood thinning effect.

263.    As a result of the foregoing acts and omissions by the NHL, DEREK

BOOGAARD developed CTE and suffered from brain damage and its related symptoms.

264.     If the NHL had taken the necessary steps to oversee and protect DEREK
BOOGAARD by warning him of the risks of Toradol, DEREK BOOGAARD would not have
played while under the effects of Toradol; would not have sustained permanent damage to his
brain; would not have developed an addiction to prescription narcotics; and/or would have been
able to control his addiction to pain pills, and would not have overdosed causing his death.

265.     DEREK BOOGAARD's death on May 13, 2011 resulted from a foreseeable
combination of brain damage and addiction, both of which were the result of numerous
concussions sustained during his NHL career, the psychological impact of being an NHL
Enforcer/Fighter, and suffering from permanent, progressive brain damage that impeded his
ability to control his impulses and contributed to cause his death as a result of overdosing on pain
medications.

266.     Plaintiff's decedent, DEREK BOOGAARD, left surviving him as his heirs and
next of kin the following: Len Boogaard, father; Joanne Boogaard, mother; Curtis Heide, brother;
Ryan Boogaard, brother; Aaron Boogaard, brother; and Krysten Boogaard, sister; all of whom
have sustained grief, sorrow, and mental suffering and loss of society.

267.     ROBERT D. NELSON, Personal Representative of the Estate of DEREK
BOOGAARD, Deceased, and in such capacity brings this cause of action on behalf of the Estate
of DEREK BOOGAARD for pecuniary injuries pursuant to the Illinois Wrongful Death Statute,
740 ILCS 180/1, *et seq.*

WHEREFORE, Plaintiff, ROBERT D. NELSON, Personal Representative of the Estate
of DEREK BOOGAARD, Deceased, demands judgment against defendant, NHL, for a sum in

excess of the minimum jurisdictional limit for the Law Division of the Circuit Court of Cook

County, Illinois.

William T. Gibbs


Thomas A. Demetrio
William T. Gibbs
Corboy & Demetrio, P.C.
Attorneys for Plaintiffs
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329

53

IN THE CIRCIUT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

|  |  |
|---|---|
| ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased, | |
| Plaintiff, | |
| v. | No. |
| NATIONAL HOCKEY LEAGUE, NATIONAL HOCKEY LEAGUE BOARD OF GOVERNORS, and COMMISSIONER GARY B. BETTMAN, (collectively, "NHL"), | |
| Defendants. | |

### 735 ILCS 5/2-622 AFFIDAVIT

I, William T. Gibbs, on oath state:

1.  I am an attorney duly licensed in the State of Illinois and I am one of the attorneys for Robert D. Nelson in the above captioned cause of action.

2.  The plaintiff has not previously voluntarily dismissed an action based upon the same or substantially the same acts, omissions, or occurrences as those described in the complaint filed today.

3.  I have been unable to obtain a report of a qualified physician required by 735 ILCS 5/22-622(a)(1) because a statute of limitations would impair the action and the consultation required could not be obtained before the expiration of a statute of limitations.

4.  Certification and a written report will be filed within 90 days after the filing of this complaint.

FURTHER AFFIANT SAYETH NOT

CORBOY & DEMETRIO, P.C.
By: William T. Gibbs

SUBSCRIBED and SWORN to before me
this 10 day of May , 2013.

NOTARY PUBLIC

"OFFICIAL SEAL"
ATHENA M. BRICK
Notary Public, State of Illinois
My Commission Expires 03-16-2014

Thomas A. Demetrio
William T. Gibbs
CORBOY & DEMETRIO, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329