# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ROBERT NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased,
v.
NATIONAL HOCKEY LEAGUE, et al.

Case Number: 13 - cv - 04846

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased

| | |
|---|---|
| NAME (Type or print) Thomas A. Demetrio | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Thomas A. Demetrio | |
| FIRM Corboy & Demetrio, P.C. | |
| STREET ADDRESS 33 North Dearborn, Suite 2100 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0611506 | TELEPHONE NUMBER (312) 346-3191 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |