## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Robert D. Nelson

                              Plaintiff,

v.                                                             Case No.: 1:13–cv–04846
                                                              Honorable Gary Feinerman

National Hockey League, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2013:

      MINUTE entry before Honorable Gary Feinerman:Motion hearing held. Defendants motion for leave to file an oversized brief [5] is granted. Defendants motion to dismiss [8] is entered and continued. Plaintiff shall respond to the motion to dismiss by 8/12/2013; reply due by 8/26/2013. Defense counsel shall email a copy of this order to Plaintiffs counsel and shall advise Plaintiffs counsel of the courts request that Plaintiffs counsel file an appearance in this case. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.