# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 13-cv-04846

ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased,

v.

NATIONAL HOCKEY LEAGUE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NATIONAL HOCKEY LEAGUE, NATIONAL HOCKEY LEAGUE BOARD OF GOVERNORS, and COMMISSIONER GARY B. BETTMAN

| | |
|---|---|
| **NAME** (Type or print)<br>Michael F. Derksen | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael F. Derksen | |
| **FIRM**<br>Proskauer Rose LLP | |
| **STREET ADDRESS**<br>Three First National Plaza, 70 W. Madison, Suite 3800 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6296212 | TELEPHONE NUMBER<br>312-962-3562 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐