IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE, et al.<br><br>        Defendants. | Case Number: 13-cv-4846<br><br>Judge: Gary Feinerman |

## NOTICE OF MOTION

**TO:** Mr. Paul L. Langer
Proskauer Rose LLP
Three First National Plaza
70 West Madison Street, Suite 3800
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on July 24, 2013 at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Gary Feinerman or any judge sitting in his or her stead in Courtroom 2125 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present the following motion attached hereto: **Motion for Modification of Discovery and Briefing Schedules and Notice of Intent to File Motion to Remand**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 18th day of July, 2013.

                                            /s/ William T. Gibbs
                                            William T. Gibbs