IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT D. NELSON, Personal Representative of the Estate of DEREK BOOGAARD, Deceased<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE, NATIONAL HOCKEY LEAGUE BOARD OF GOVERNORS, and COMMISSIONER GARY B. BETTMAN, (collectively "NHL")<br><br>Defendants. | ECF Document<br><br>Civil Action No. 13-cv-04846<br><br>Honorable Judge Gary Feinerman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that the undersigned will appear before the Honorable Judge Gary Feinerman on September 5, 2013 at 9:00 a.m. in Courtroom 2125 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached Unopposed Motion for Leave to File Oversized Memorandum of Law in Opposition to Plaintiff's Motion to Remand, a copy of which has been served upon you by the Court's electronic filing system.

Dated: August 30, 2013

Respectfully submitted,

*/s/ Paul L. Langer*
Paul L. Langer (IL Bar No. 6189216)
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison St., Ste. 3800
Chicago, IL 60606

Telephone: (312) 962-3550
planger@proskauer.com

Joseph Baumgarten (admitted *Pro Hac Vice*)
Howard Robbins (admitted *Pro Hac Vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
jbaumgarten@proskauer.com
hrobbins@proskauer.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 30th day of August, 2013.

              */s/ Paul L. Langer*
              Paul L. Langer