UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Robert D. Nelson

                                      Plaintiff,

v.                                                                 Case No.: 1:13–cv–04846
                                                                        Honorable Gary Feinerman

National Hockey League, et al.

                                      Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, August 30, 2013:

      MINUTE entry before Honorable Gary Feinerman:Defendants' unopposed motion for leave to file oversized memorandum of law in opposition to plaintiff's motion to remand [27] is granted. Motion hearing scheduled for 9/5/2013 [28] is stricken.Mailed notice.(jlj)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.