## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Robert D. Nelson

                                      Plaintiff,

v.                                                                                    Case No.: 1:13–cv–04846
                                                                                   Honorable Gary Feinerman

National Hockey League, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 6/12/2014 at 9:30 a.m. Motion hearing held. For the reasons stated on the record, Plaintiff's motion to convert, pursuant to Rule 12(d) and stay the pending motion to dismiss [53] is granted, and Plaintiff's motion for discovery [55] is denied without prejudice. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.