# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Robert D. Nelson

                                    Plaintiff,

v.                                                                    Case No.: 1:13–cv–04846

                                                                       Honorable Gary Feinerman

National Hockey League, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 8/13/2014 at 10:00 a.m. The Clerk is directed to change the case caption to substitute "Len Boogaard and Joanne Boogaard, as Successor Personal Representatives of the Estate of Derek Boogaard, Deceased" for "Robert Nelson" as the Plaintiffs. Motion hearing held and continued to 8/13/2014 at 10:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.