# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Boogaard, et al.,

Plaintiff(s),

v.

National Hockey League, et al.,

Defendant(s).

Case No. 13 C 4846
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants National Hockey League, National Hockey League Board of Governors, and Gary B. Bettman, and against Plaintiffs Len Boogaard and Joanne Boogaard, Personal Representatives of the Estate of Derek Boogaard, Deceased.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion to dismiss.

Date: 6/5/2017

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk